

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John H Jackson           Plaintiff,

vs.

Exective Director Of The
Department of corrections
Of California          Defendant.

CASE NO. CV 08 2254

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, John Hardy Jackson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes _x_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: Not Appliable

Gross: _____N/A *******_____   Net: _____N/A*******_____

Employer: _____ N/A *****

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Self Employed Contractor_____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.    Business, Profession or           Yes ___  No _X_
10         self employment
11     b.    Income from stocks, bonds,         Yes ___  No _x_
12         or royalties?
13     c.    Rent payments?                     Yes ___  No _X_
14     d.    Pensions, annuities, or            Yes ___  No _X_
15         life insurance payments?
16     e.    Federal or State welfare payments, Yes ___  No _x_
17         Social Security or other govern-
18         ment source?           None ****

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.    Not Appliable ***
21 _____
22 _____

23 3.    Are you married?                         Yes ___  No _X_
24 Spouse's Full Name: ____Not Appliable ****_____
25 Spouse's Place of Employment: ____Not Appliable***____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____N/A ****_____ Net $_____N/A ****_____
28 4.    a.    List amount you contribute to your spouse's support:$ Not Appliable

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

Not Appliable **** No dependants to support

5. Do you own or are you buying a home?    Yes ____ No _x_

Estimated Market Value: $ __N/A***__  Amount of Mortgage: $ __N/A****__

6. Do you own an automobile?    Yes ____ No _x_

Make __N/A****__    Year __N/A****__    Model __N/A****__

Is it financed? Yes ____ No _X_    If so, Total due: $ __Not Appliable__

Monthly Payment: $ __N/A__

7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: __Not appliable__

Present balance(s): $ __Not Appliable__

Do you own any cash? Yes ____ No _X_ Amount: $ __N/A__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _x_

8. What are your monthly expenses?

Rent: $ __None ****__    Utilities: __None ****__

Food: $ __None ****__    Clothing: __None ***__

Charge Accounts: __None ****__

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A**** | $ N/A**** | $ N/A **** |
| **** | $ **** | $ **** |
| **** | $ **** | $ ****    9. Do |

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____Not Appliable ******_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ___   No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____No other claims or law suite(s) has been filed._

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_April 23-2008_                    _John H Jackson_
DATE                         SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __John H Jackson__ for the last six months at

[prisoner name]

__FREMONT DOC PO BOX 999 Canon City 81215__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __149.80__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __26.96__ .

Dated: __4·18·08__                         _____

[Authorized officer of the institution]

- 5 -

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 04/17/2008 = Page  1

Account: 124161 JACKSON, JOHN H                     FREMONT     FCF/LU 6LO
     To:From Dates  10/01/2007: 04/17/2008
===============================================================================
 Trans Date      Description         Deposits   Withdrawls    Balance    Loc
 ----------   ------------------    ----------  ----------  -----------  ---
 10/01/2007   BALANCE AS OF 10/01/2007                                   110.36
 10/04/2007   Canteen Order #5407833              6.20       104.16 FF
 10/04/2007   WESTERN UNION CREDIT    40.00                  144.16 FF
 10/05/2007   1 UNA/PROGRAM COMPLETE   1.15                  145.31 FF
 10/05/2007   3 INTENSIVE LABOR PROG   8.40                  153.71 FF
 10/11/2007   3 LABORER I PM LAUNDRY   0.60                  154.31 FF
 10/18/2007   Canteen Order #5439332             41.75       112.56 FF
 10/24/2007   Canteen Order #5452295             27.53        85.03 FF
 10/31/2007   Canteen Order #5464420              1.00        84.03 FF
 11/07/2007   3 LABORER I PM LAUNDRY  13.80                   97.83 FF
 11/21/2007   Canteen Order #5509490              9.46        88.37 FF
 12/05/2007   3 LABORER I PM LAUNDRY  12.60                  100.97 FF
 12/12/2007   Canteen Order #5547900             23.90        77.07 FF
 12/12/2007   WESTERN UNION CREDIT    50.00                  127.07 FF
 12/21/2007   Canteen Order #5557326             25.99       101.08 FF
 01/04/2008   3 LABORER I PM LAUNDRY  12.00                  113.08 FF
 01/09/2008   Canteen Order #5606542              5.27       107.81 FF
 01/17/2008   Canteen Order #5625114              9.20        98.61 FF
 02/05/2008   Canteen Order #5663372             12.11        86.50 FF
 02/05/2008   3 LABORER I PM LAUNDRY   1.80                   88.30 FF
 02/05/2008   1 LNDY WRK II WASH PM.  11.40                   99.70 FF
 02/13/2008   Canteen Order #5683852              8.97        90.73 FF
 02/19/2008   MONEY ORDER-DEBIT                  25.46        65.27 FF
 02/21/2008   Canteen Order #5675410              2.38        62.89 FF
 02/21/2008   WESTERN UNION CREDIT   100.00                  162.89 FF
 02/26/2008   POSTAGE-DEBIT                       2.15       160.74 FF
 02/27/2008   Canteen Order #5709116             15.67       145.07 FF
 03/05/2008   Canteen Order #5722290              4.00       141.07 FF
 03/06/2008   1 LNDY WRK II WASH PM.   4.80                  145.87 FF
 03/06/2008   11 LNDY WRK II ISSUE PM  7.20                  153.07 FF
 03/12/2008   Canteen Order #5739402              3.90       149.17 FF
 03/14/2008   POSTAGE-DEBIT                       0.97       148.20 FF
 03/19/2008   Canteen Order #5756611              3.89       144.31 FF
 03/25/2008   Canteen Order #5752422              3.99       140.32 FF
 04/02/2008   Canteen Order #5781689             14.55       125.77 FF
 04/04/2008   11 LNDY WRK II ISSUE PM 12.60                  138.37 FF
 04/17/2008   Canteen Order #5818532              7.79       130.58 FF
 04/17/2008   BALANCE AS OF 04/17/2008                       130.58
===============================================================================
                       Total money order in hold:              0.00
                   Current balance as of 04/17/2008:         130.58
                      **Reserved/Encumbered Monies:            0.00
                   Available money as of 04/17/2008:         130.58
```