THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA,
450 Golden Gate Avenue,
Box 36060,San Francisco,Ca 94102

**FILED**
APR 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

John H. Jackson
DOC# 124161
BOX 999   (FCF)
Canon City,CO
              81215-0999

**C-08-02254- SBA**

To: THE HONORABLE COURT

    Comes Now,John H Jackson the petitioner and,asks the court to appoint counsel do to his lack of experence, so he may perfect his claim and, in support he thereof states:

1)   The plaintiff is imprisoned and, remains indigent and has attached his financial statement from prison for the last six months.

2)   The plaintiff does not have any type of financial holding, trusts,deeds or automobiles of any type.

3)   The plaintiff does not have any type of legal experience, and access to the prison law library is very limited do to overcrowding conditions,and lack of resources.

    Wherefore,The Petitioner Respectfully asks the Court tp appoint counsel to aid his cause for the ends of justice.


Respectfully Submitted this 23 day of April ,2008


_____John H Jackson_____
Plaintiff