IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDY JACKSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>EXECUTIVE DIRECTOR OF THE DEPARTMENT OF CORRECTIONS OF CALIFORNIA,<br><br>　　　　Respondent.　　　　　　　　／ | No. C 08-02254 SBA (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR RESPONDENT TO FILE ANSWER** |

　　　Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition. Respondent now moves for an extension of time to file an answer. Good cause appearing, the request is GRANTED. Respondent's answer is due on **April 21, 2009.** Petitioner's traverse is due **sixty (60) days** after his receipt of the answer.

　　　This Order terminates Docket no. 6.

　　　IT IS SO ORDERED.

DATED: 2/11/09

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.08\Jackson2254.EOT.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN HARDY JACKSON,

        Plaintiff,

  v.

EXECUTIVE DIRECTOR et al,

        Defendant.

Case Number: CV08-02254 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John H. Jackson DOC#124161
Colorado Department of Corrections
Box Number 999
Canon City, CO 81219-0999

Dated: February 12, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk