UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN HARDY JACKSON,<br><br>       Petitioner,<br><br>vs.<br><br>EXECUTIVE DIRECTOR OF THE DEPARTMENT OF CORRECTIONS OF CALIFORNIA,<br><br>       Respondent. | Case No:  C 08-2254 SBA<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME**<br><br>Docket 12 |

Good cause appearing,

IT IS HEREBY ORDERED THAT Petitioner's unopposed motion for an extension of time to file his Traverse in response to Respondent's Answer is GRANTED.  Petitioner shall have until August 11, 2009 to submit his Traverse.

IT IS SO ORDERED.

Dated: July 28, 2009

_____
Hon. Saundra Brown Armstrong
United States District Judge