UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN HARDY JACKSON,<br><br>    Petitioner,<br><br>vs.<br><br>EXECUTIVE DIRECTOR OF THE DEPARTMENT OF CORRECTIONS OF CALIFORNIA,<br><br>    Respondent. | Case No: C 08-02254 SBA<br><br>**ORDER** |

Petitioner, a state prisoner, filed a petition for writ of habeas corpus through his attorney, Mark Greenberg. On September 30, 2011, the Court denied the petition and declined to issue a certificate of appealability (COA). The Ninth Circuit also denied Petitioner's request for a COA, which effectively terminated the instant action. Dkt. 22, 24.

On October 28, 2013, Petitioner filed a pro se letter stating that he has been unable to contact Mr. Greenberg to determine the status of his action. As indicated, the action has been finally resolved and no further proceedings are anticipated. The Clerk shall serve a copy of Petitioner's letter (Dkt. 25) and this Order by mail on Mr. Greenberg, and a copy of this Order on Petitioner at his last known place of incarceration.

Dated: January 30, 2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge